```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                        Case No. 13-12478-jps
Ronald E. Mounts                                              Chapter 7
Sandra L. Mounts
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0647-1          User: dhutc              Page 1 of 3              Date Rcvd: Apr 11, 2013
                              Form ID: 227i            Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2013.
```
db/db     +Ronald E. Mounts,    Sandra L. Mounts,    27979 Sherwood Drive,    Westlake, OH 44145-4491
22243270   American Express,    P. O. Box 182963,    Columbus, OH 43218-2963
22243271   Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
22243281   Cleveland Clinic,    P.O. Box 89410,    Cleveland, OH 44101-6410
22243280   Cleveland Clinic,    P.O. Box 94909,    Cleveland, OH 44101-4909
22243282  +Cleveland Clinic,    9500 Euclid Ave. RK2-4,    Cleveland, OH 44195-0002
22243283   Cleveland Clinic,    P.O. Box 92237,    Cleveland, OH 44193-0003
22243284   Columbia Gas of OH,    PO Box 742510,    Cincinnati, OH 45274-2510
22243289  ++FIRSTENERGY CORPORATION,    PO BOX 16001,    READING PA 19612-6001
          (address filed with court: First Energy,    76 South Main St.,    Akron, OH 44308-1890)
22243290   First Merit Bankcard Center,    P. O. Box 1499,    Akron, OH 44309-1499
22243293  +Green Tree Servicing LLC,    997 Governers Lane #275,    Lexington, KY 40513-1179
22243294  +Huntington Bank,    917 Euclid Ave.,    Cleveland, OH 44115-1497
22243295  +Huntington National Bank,    7 Easton Oval, EA4W122,    Columbus, OH 43219-6060
22243296   Hyundai Motor Finance Co.,    PO Box 629027,    El Dorado Hills, CA 95762-9027
22243297   JP Recovery,    PO Box 16749,    Rocky River, OH 44116-0749
22243299   Laurelwood Associates, Inc.,    35900 Euclid Avenue,    Willoughby, OH 44094-4623
22243300   Optum,    PO Box 30755,    Salt Lake City, UT 84130-0755
22243301   Patient Financial Services,    PO Box 183102,    Columbus, OH 43218-3102
22243302   Physicians Emergency Services,    PO 661630,    Arcadia, CA 91066-1630
22243303  +Robinson Memorial Hospital,    6847 North Chestnut St.,    PO Box 1204,    Ravenna, OH 44266-1204
22243305  +U.S. Department of Education/GLE,    2401 International,    P. O. Box 7859,
            Madison, WI 53707-7859
22243306   University Ref. Labs,    Dept 713194,    Columbus, OH 43271-3194
22243307   Wexner Medical Center,    Of The OSU Hospital,    P. O. Box 183102,    Columbus, OH 43218-3102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty        E-mail/Text: ClaudiaFitz@earthlink.net Apr 11 2013 23:34:00      Claudia P. FitzGerald,
            450 Standard Building,    1370 Ontario St.,    Cleveland, OH  44113-1744
tr         EDI: QMASICHERMAN.COM Apr 11 2013 23:08:00      Marvin A Sicherman,
            1801 East 9th Street - Suite 1100,    Cleveland, OH  44114-3169
22243269   EDI: RMSC.COM Apr 11 2013 23:08:00      American Eagle Outfitters/GECRB,    P. O. Box 530942,
            Atlanta, GA 30353-0942
22243272   EDI: HFC.COM Apr 11 2013 23:08:00      Best Buy,    Retail Services,    P.O. Box 5238,
            Carol Stream, IL 60197-5238
22243273   EDI: CAPITALONE.COM Apr 11 2013 23:08:00      Capital One Bank,    P.O. Box 85619,
            Richmond, VA 23285-5619
22243274   EDI: CHASE.COM Apr 11 2013 23:08:00      Cardmember Services,    PO Box 15153,
            Wilmington, DE 19886-5153
22243275   EDI: CHASE.COM Apr 11 2013 23:08:00      Cardmember Services,    PO Box 15548,
            Wilmington, DE 19886-5548
22243277  +EDI: CHASE.COM Apr 11 2013 23:08:00      Chase,    P.O. Box 100019,    Kennesaw, GA 30156-9205
22243276   EDI: CHASE.COM Apr 11 2013 23:08:00      Chase,    P. O. Box 9001022,    Louisville, KY 40290-1022
22243278  +EDI: CHASE.COM Apr 11 2013 23:08:00      Chase Card Services,    PO Box 15298,
            Wilmington, DE 19850-5298
22243279   EDI: CHASE.COM Apr 11 2013 23:08:00      Chase Card Services,    PO Box 15548,
            Wilmington, DE 19886-5548
22243285  +EDI: CRFRSTNA.COM Apr 11 2013 23:08:00      Credit First Natl Assn,    P.O. Box 81344,
            Cleveland, OH 44188-0001
22243287   EDI: RCSDELL.COM Apr 11 2013 23:08:00      DFS Acceptance,    Payment Processing Center,
            PO Box 6403,    Carol Stream, IL 60197-6403
22243286   EDI: RCSDELL.COM Apr 11 2013 23:08:00      Dell Financial,    12334 N IH 35,    Austin, TX 78753
22243288   EDI: CRFRSTNA.COM Apr 11 2013 23:08:00      Firestone Auto Care,    P. O. Box 81410,
            Cleveland, OH 44181-0410
22243291  +EDI: RMSC.COM Apr 11 2013 23:08:00      GE Capital Retail Bank,    PO Box 103104,
            Roswell, GA 30076-9104
22243292   E-mail/Text: bankruptcy.bnc@gt-cs.com Apr 11 2013 23:40:43      Green Tree,    PO Box 6154,
            Rapid City, SD 57709-6154
22243294  +EDI: HUNB.COM Apr 11 2013 23:08:00      Huntington Bank,    917 Euclid Ave.,
            Cleveland, OH 44115-1497
22243295  +EDI: HUNB.COM Apr 11 2013 23:08:00      Huntington National Bank,    7 Easton Oval, EA4W122,
            Columbus, OH 43219-6060
22243298   EDI: CBSKOHLS.COM Apr 11 2013 23:08:00      Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
22243304   EDI: WTRRNBANK.COM Apr 11 2013 23:08:00      Target National Bank,    P. O. Box 660170,
            Dallas, TX 75266-0170
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2013**　　　　　　　　　**Signature:**　　_/s/ Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2013 at the address(es) listed below:

          Claudia P. FitzGerald   on behalf of Debtor Sandra L. Mounts ClaudiaFitz@earthlink.net, 4fitzgeralds@earthlink.net

          Claudia P. FitzGerald   on behalf of Debtor Ronald E. Mounts ClaudiaFitz@earthlink.net, 4fitzgeralds@earthlink.net

          Marvin A Sicherman   sicherman_trustee@dsb-law.com, msicherman@ecf.epiqsystems.com

                                                                                                           TOTAL: 3

| **Form ohnb 9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) | Case Number **13−12478−jps** |
|---|---|

## United States Bankruptcy Court for the Northern District of Ohio
## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 10, 2013. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

| | |
|---|---|
| Case Number: 13−12478−jps<br><br>**Debtor(s):**<br>Ronald E. Mounts<br>27979 Sherwood Drive<br>Westlake, OH 44145<br><br>Sandra L. Mounts<br>27979 Sherwood Drive<br>Westlake, OH 44145<br><br>**Other names used by the Debtor(s) in the last 8 years:**<br><br>aka Sandra M. Lesko−Mounts, aka Sandra Lesko−<br>**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**<br>xxx−xx−4163<br>xxx−xx−3154 | **Attorney for Debtor:**<br>Claudia P. FitzGerald<br>450 Standard Building<br>1370 Ontario St.<br>Cleveland, OH 44113−1744<br>Telephone number: (216) 685−1269<br><br>**Bankruptcy Trustee:**<br>Marvin A Sicherman<br>1801 East 9th Street − Suite 1100<br>Cleveland, OH 44114−3169<br>Telephone number: (216) 696−6000 |

### Meeting of Creditors

All debtors **must** bring the following proofs of identification to the meeting of creditors:

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government− or employer−issued documentation, such as social security card, IRS tax transcript, W−2, or 1099, is acceptable proof.

**Date:** May 20, 2013
**Time:** 10:00 AM
**Location:** 341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse arises.

### Deadlines

*Papers must be <u>received</u> by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts:** July 19, 2013

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

| | |
|---|---|
| **Address of the Bankruptcy Court Clerk's Office:**<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114−1235 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz<br><br>**Date:** April 11, 2013 |

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time*. If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**